MARVIN MANDELBAUM v.
STATE OF NEW JERSEY, DEPT. OF CIVIL SERVICE.

January 5, 1977. Motion to dismiss appeal granted. (See 142 *N. J. Super.* 323)

ROBERT BRIGGS v. AMERICAN BILTRITE.

February 1, 1977. Certification to Superior Court, Law Division, granted.

IN RE: STELLA HOFFMAN BROWN.

November 16, 1976. Petition for certification granted and the judgment of the Appellate Division modified and affirmed.

JERSEY CITY INCERINATOR AUTHORITY v. DEPARTMENT OF PUBLIC UTILITIES OF NEW JERSEY AND BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY.

April 4, 1977. Petition for certification granted. (See 146 *N. J. Super.* 243)

WEEHAWKEN EDUCATION ASSOCIATION v.
WEEHAWKEN BOARD OF EDUCATION.

April 4, 1977. Petition for certification denied.